UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MICHELLE NEVAREZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-20-CV-00322-FM** |
| | § | |
| **JOSE MORALES; THE ALLSTATE** | § | |
| **CORPORATION; and JOHN DOES 1-** | § | |
| **4,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Before the court is "Joint Stipulation of Dismissal of the Action with Prejudice" ("Stipulation") [ECF No. 6], filed March 2, 2021 by Michelle Nevarez ("Plaintiff"). Therein, Plaintiff stipulates to dismissal of all claims with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[2] The record reflects the remaining defendants to this action have not entered an appearance. Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

Accordingly, the court enters the following orders:

1.　　It is **HEREBY ORDERED** that all claims are **DISMISSED WITH PREJUDICE.**

2.　　It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

---

[1] "Joint Stipulation of Dismissal of the Action with Prejudice" 1, ECF No. 6, filed Mar. 2, 2021.

[2] FED. R. CIV. P. 41(a)(1)(A)(i).

3.      It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the case.

**SIGNED AND ENTERED** this **<u>3rd</u>** day of **March 2021.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**